AMANDA FLAMER, as Administratrix of the Estate of THOMAS F. WILSON, Deceased, Appellant, *v.* CITY OF YONKERS et al., Respondents.

Submitted February 21, 1955; decided February 28, 1955.

*David Avstreih* and *Howard Rukeyser* for motion.
*J. Raymond Hannon* opposed.

Motion granted.